**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES-GLENDALE COURTHOUSE**

| | |
|---|---|
| ROWLAND HEIGHTS MEDICAL CENTER, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY; and, DOES 1 to 25, inclusive,<br><br>Defendants. | CASE NO. :2:20-cv-07352-DSF-JEM<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT IN ITS ENTIRETY WITH PREJUDICE**<br><br>(Action Removed August 14, 2020) |

**IT IS HEREBY ORDERED:**

All claims in Plaintiff, Rowland Heights Medical Center, Inc.'s Complaint against Defendant AmGUARD Insurance Company are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 28, 2020

*Dale S. Fischer*

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

**ORDER DISMISSING PLAINTIFF'S COMPLAINT IN ITS ENTIRETY WITH PREJUDICE**